# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2462 & TITLE - IN RE: Brandywine Commc'ns Techs., LLC Patent Litig.

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

see attached list

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff Brandywine Communications Technologies, LLC, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:
   Acacia Research Group LLC
      (owner and managing member of Brandywine Communications Technologies, LLC);
   Acacia Research Corporation, a publicly traded company under the stock symbol ACTG
      (parent corporation of Acacia Research Group LLC)

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Lei Sun                                    FARNEY DANIELS PC
Signature of Attorney                          Name of Firm

800 S. Austin Ave., Ste. 200                   Georgetown, Texas 78626
Address                                        City/State/Zip Code

Date May 30, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE BRANDYWINE** § | |
| **COMMUNICATIONS** § | **MDL No. 2462** |
| **TECHNOLOGIES, LLC** § | |
| **PATENT LITIGATION** § | |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF BRANDYWINE
COMMUNICATIONS TECHNOLOGIES, LLC –
CASE CAPTIONS**

1.  *Brandywine Communications Technologies, LLC v. Dakota Communications LLC*, No. 4:13-cv-41 (D. Ariz.)

2.  *Brandywine Communications Technologies, LLC v. Datum Communications Inc.*, No. 2:13-cv-119 (D. Ariz.)

3.  *Brandywine Communications Technologies, LLC v. Internet Holdings, LLC*, No. 2:13-cv-121 (D. Ariz.)

4.  *Brandywine Communications Technologies, LLC v. NATCO Communications, Inc.*, No. 3:13-cv-3043 (W.D. Ark.)

5.  *Brandywine Communications Technologies, LLC v. American Network Communications, Inc.*, No. 4:13-cv-4008 (W.D. Ark.)

6.  *Brandywine Communications Technologies, LLC v. Precision Communications, Inc.*, No. 1:13-cv-56 (D. Colo.)

7.  *Brandywine Communications Technologies, LLC v. Corporate West Computer Systems Inc.*, No. 2:12-cv-11008 (C.D. Cal.)

8.  *Brandywine Communications Technologies, LLC v. Sonic.net Inc.*, No. 2:12-cv-11011 (C.D. Cal.)

9.  *Brandywine Communications Technologies, LLC v. Impulse Advanced Communications LLC*, No. 2:12-cv-11013 (C.D. Cal.)

10. *Brandywine Communications Technologies, LLC v. MM Internet Inc.*, No. 2:12-cv-11015 (C.D. Cal.)

11. *Brandywine Communications Technologies, LLC v. Coastal Web Online Corp.*, No. 2:12-cv-11016 (C.D. Cal.)

12.  *Brandywine Communications Technologies, LLC v. Surfnet Communication Inc.*, No. 2:12-cv-11017 (C.D. Cal.)

13.  *Brandywine Communications Technologies, LLC v. CDS Wireless Inc.*, No. 2:12-cv-11029 (C.D. Cal.)

14.  *Brandywine Communications Technologies, LLC v. LA Bridge Inc.*, No. 2:12-cv-11030 (C.D. Cal.)

15.  *Brandywine Communications Technologies, LLC v. OM Networks*, No. 2:13-cv-508 (E.D. Cal.)

16.  *Brandywine Communications Technologies, LLC v. AT&T Corp., et al.*, No. 4:12-cv-2494 (N.D. Cal.)

17.  *Brandywine Communications Technologies, LLC v. Inreach Internet, Inc.*, No. 1:12-cv-1765 (D. Del.)

18.  *Brandywine Communications Technologies, LLC v. Megapath Inc.*, No. 1:12-cv-1767 (D. Del.)

19.  *Brandywine Communications Technologies, LLC v. Windstream Corp.*, No. 1:12-cv-1769 (D. Del.)

20.  *Brandywine Communications Technologies, LLC v. Consolidated Communications Holdings Inc.*, No. 1:12-cv-1784 (D. Del.)

21.  *Brandywine Communications Technologies, LLC v. Centurylink, Inc., et al.*, No. 6:12-cv-286 (M.D. Fla.)

22.  *Brandywine Communications Technologies, LLC v. Cactus International, Inc.*, No. 3:12-cv-641 (D. Idaho)

23.  *Brandywine Communications Technologies, LLC v. OrbitCom, Inc.*, No. 1:12-cv-643 (D. Idaho)

24.  *Brandywine Communications Technologies, LLC v. DLS Computer Services, Inc.*, No. 1:12-cv-10317 (N.D. Ill.)

25.  *Brandywine Communications Technologies, LLC v. Coastal Telco Services, Inc.*, No. 2:12-cv-401 (D. Me.)

26.  *Brandywine Communications Technologies, LLC v. Union River Telephone Co.*, No. 1:12-cv-403 (D. Me.)

27. *Brandywine Communications Technologies, LLC v. Galaxy Internet Services, Inc.*, No. 1:13-cv-10068 (D. Mass.)

28. *Brandywine Communications Technologies, LLC v. HickoryTech Corp.*, No. 0:12-cv-3187 (D. Minn.)

29. *Brandywine Communications Technologies, LLC v. G4 Communications Corp.*, No. 1:13-cv-17 (D.N.H.)

30. *Brandywine Communications Technologies, LLC v. DBSolutions, Inc.*, No. 2:13-cv-278 (S.D. Ohio)

31. *Brandywine Communications Technologies, LLC v. MBO Data, LLC*, No. 4:13-cv-45 (N.D. Okla.)

32. *Brandywine Communications Technologies, LLC v. Graydog Internet, Inc.*, No. 3:12-cv-2332 (D. Or.)

33. *Brandywine Communications Technologies, LLC v. Nextgen Internet Systems, Inc.*, No. 3:12-cv-2338 (D. Or.)

34. *Brandywine Communications Technologies, LLC v. PEAK Internet, LLC*, No. 6:12-cv-2335 (D. Or.)

35. *Brandywine Communications Technologies, LLC v. Stayton Cooperative Telephone Co.*, No. 6:12-cv-2336 (D. Or.)

36. *Brandywine Communications Technologies, LLC v. Loretto Communication Services, Inc.*, No. 1:13-cv-4 (M.D. Tenn.)

37. *Brandywine Communications Technologies, LLC v. TMN, Inc.*, No. 6:12-cv-1006 (E.D. Tex.)

38. *Brandywine Communications Technologies, LLC v. Texas Communications, Inc.*, No. 6:12-cv-1008 (E.D. Tex.)

39. *Brandywine Communications Technologies, LLC v. Colorado Valley Communications, Inc.*, No. 4:13-cv-772 (S.D. Tex.)

40. *Brandywine Communications Technologies, LLC v. Ikano Communications*, No. 2:12-cv-1214 (D. Utah)

41. *Brandywine Communications Technologies, LLC v. Trinet-E Telecommunications, Inc.*, No. 1:12-cv-1314 (E.D. Wis.)